IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED
JUL 1 5 2003
U.S. DISTRICT COURT
ELKINS WV 26241

JAMAL A. AZEEZ,

    Petitioner,

v.   Civil Action No. 00-CV-54 (Maxwell)

WILLIAM S. HAINES,

    Respondent.

### PETITIONER'S, MOTION FOR PARTIAL SUMMARY JUDGMENT

COMES NOW the Petitioner, Jamal A. Azeez, by and through his counsel, and pursuant to Rule 56 of the Federal Rules of Civil Procedure, moves this Honorable Court to enter an Order granting him partial summary judgment. In support of his motion, Petitioner submits the attached Memorandum of Law.

    JAMAL A. AZEEZ,
    Petitioner,

    By Counsel,

_____
GREGORY R. TINGLER
West Virginia Bar No. 7804

LAW OFFICES OF DAVID A. SIMS
Attorneys at Law
P.O. Box 2659
Elkins, West Virginia 26241
304-636-8000